Orlando C. LEE, Sr., Plaintiff—
Appellant,

v.

FEDERAL BUREAU OF INVESTIGA-
TION; United States Department of
Justice, Defendants—Appellees.

No. 09–1505.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 26, 2009.

Decided: Sept. 1, 2009.

Orlando C. Lee, Sr., Appellant Pro Se.

Before TRAXLER, Chief Judge, and
GREGORY and SHEDD, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Orlando C. Lee, Sr., seeks to appeal the
district court's order summarily dismissing
Lee's complaint pursuant to 28 U.S.C.
§ 1915(e)(2)(B) (2006). We dismiss the ap-
peal for lack of jurisdiction because the
notice of appeal was not timely filed.

When the United States or its officer or
agency is a party, the notice of appeal
must be filed no more than sixty days after
the entry of the district court's final judg-
ment or order, Fed. R.App. P. 4(a)(1)(B),
unless the district court extends the appeal
period under Fed. R.App. P. 4(a)(5), or
reopens the appeal period under Fed.
R.App. P. 4(a)(6). This appeal period is
"mandatory and jurisdictional." *Browder
v. Dir., Dep't of Corr.,* 434 U.S. 257, 264, 98
S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting
*United States v. Robinson,* 361 U.S. 220,
229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960));
*see Bowles v. Russell,* 551 U.S. 205, 213–
14, 127 S.Ct. 2360, 2366, 168 L.Ed.2d 96
(2007).

The district court's order was entered
on its docket on January 8, 2009. The
notice of appeal was filed on May 1, 2009.
Because Lee failed to file a timely notice of
appeal or to obtain an extension or reopen-
ing of the appeal period, we dismiss the
appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*DISMISSED.*